**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WELLS FARGO CLEARING SERVICES LLC, | : : | |
| Petitioner | : | CIVIL ACTION |
| | : | No. 19-2514 |
| v. | : | |
| | : | |
| MICHAEL AND JANICE DI IANNI, AS TRUSTEES OF THE DI IANNI LIVING TRUST | : : : | |
| Respondents | : | |
| | : | |
| and | : | |
| | : | |
| FINANCIAL INDUSTRY REGULATORY AUTHORITY, INC., | : : : | |
| Nominal Respondent | : | |
| | : | |

**ORDER**

**AND NOW**, this _12th___ day of November, 2019, it is **ORDERED** that Petitioner's Motion to Confirm Arbitration Award (ECF No. 4) is **GRANTED**.[1]  To the extent that Motion requested entry of final default judgment, that request is **DENIED** as moot.

Accordingly, the Court **CONFIRMS** the award entered by the arbitration panel in

*Michael and Janice Di Ianni, as Trustees of the Di Ianni Living Trust v. Wells Fargo Clearing*

---

[1] The Court has an obligation to examine its own subject matter jurisdiction.  Petitioner invokes diversity jurisdiction.  But there is an issue as to amount-in-controversy: the relief sought—expungement—does not lend itself to a quantifiable monetary sum.  Nonetheless, after an independent examination, the Court finds that it has jurisdiction because the initial amount sought in the complaint filed with FINRA exceeded $75,000.  *See Karsner v. Lothian*, 532 F.3d 876, 882-84 (D.C. Cir. 2008) (finding diversity jurisdiction in a FINRA expungement case with substantially similar facts, looking to the demand amount in the initial FINRA complaint to determine amount-in-controversy); *cf. Jumara v. State Farm Ins. Co.*, 55 F.3d 873, 877 (3d Cir. 1995) (looking to demand amount in underlying arbitration complaint—rather than relief sought in petition to compel arbitration filed with district court—to determine amount-in-controversy).

*Services LLC,* FINRA Dispute Resolution Arbitration No. 17-00909 (the "Arbitration").  The Court hereby **DIRECTS** Financial Industry Regulatory Authority, Inc. to expunge all references to the Arbitration from the Central Registration Depository registration records maintained for Joseph Dovidio.

                                                   s/Anita B. Brody
                                            _____
                                            ANITA B. BRODY, J.

Copies **VIA ECF**  11/13/2019